March 20, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ROBERT E. SWALLOW AND SHARON J. SWALLOW, Appellants

NO. 14-10-00859-CV                    V.

QI, LLC AND MICAH MORGAN, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, QI, LLC AND MICAH MORGAN, signed May 28, 2010, was heard on the transcript of the record. We have inspected the record and find the trial court erred by failing to award reasonable and necessary attorney's fees and court costs to appellants, ROBERT E. SWALLOW AND SHARON J. SWALLOW. We therefore order that the portions of the judgment that fail to award reasonable and necessary attorney's fees and court costs are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order the parties to pay their own costs incurred in this appeal. We further order this decision certified below for observance.